# ORIGINAL FORM 1

UNITED STATES COURT OF INTERNATIONAL TRADE

TRIMIL S A

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant

06-00295

LEO H GORDON, CLERK

SUMMONS

**TO:** The Attorney General and the Secretary of the Treasury

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U S C §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



LOUIS TUMMINIA, CLERK OF THE COURT

| PROTEST | |
|---|---|
| Port of entry   See schedules attached | Date Protest Filed   See schedules attached |
| Protest Number   See schedules attached | Date Protest Denied   See schedules attached |
| Importer   TRIMIL S A | |
| Category of Merchandise   WEARING APPAREL | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| | | | | | |
| | | SEE SCHEDULES ATTACHED | | | |
| | | | | | |
| | | | | | |

15 protests
126 Entries

| Port Director, | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP |
|---|---|
| U S Bureau of Customs & Border Protection 1100 Raymond Blvd Newark, NJ 07102 | 399 Park Avenue, 25th Floor New York, New York 10022  212/557-4000 |

*Address of Customs District in Which Protest Was Denied*    *Name Address and Telephone Number of Plaintiff's Attorney*

Page 1

359897

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised | Transaction Value 19 USC 1401 a(b) | Prices with Royalties |
| Protest Claim | Transaction Value 19 USC 1401 a(b) | Prices without Royalties |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | | Paragraph or Item Number | Rate |
| | | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U S C §1514(a)] and the Protest Claim |
| |

| |
|---|
| The issue which was common to all such denied protests   Whether the merchandise should be appraised at the prices paid with royalties included |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest  The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

8-30-06
Date

*Steven P Florsheim*

Page 2

# SCHEDULES OF PROTESTS

Port of Entry: Newark, NJ

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-05-102839 | 12/13/2005 | 04/14/2006 | 358-0112635-6 | 02/28/2005 | 09/23/2005 |
|  |  |  |  |  |  |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112056-5 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112095-3 | 01/16/2005 | 12/02/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112061-5 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112059-9 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112118-3 | 01/16/2005 | 12/02/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112057-3 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112062-3 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112055-7 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112054-0 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112053-2 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112058-1 | 01/13/2005 | 11/25/2005 |
| 4601-05-102857 | 12/15/2005 | 06/09/2006 | 358-0112060-7 | 01/14/2005 | 11/25/2005 |
|  |  |  |  |  |  |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111555-7 | 12/06/2004 | 10/21/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111693-6 | 12/16/2004 | 10/28/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111721-5 | 12/23/2004 | 11/04/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111813-0 | 12/28/2004 | 11/14/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111967-4 | 01/05/2005 | 11/18/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111429-5 | 11/27/2004 | 10/07/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111334-7 | 11/22/2004 | 10/07/2005 |
| 4601-05-102858 | 12/15/2005 | 05/19/2006 | 358-0111399-0 | 11/30/2004 | 10/14/2005 |

Port Director,
U.S. Bureau of Customs & Border Protection
1100 Raymond Blvd.
Newark, NJ 07102

# SCHEDULES OF PROTESTS

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-06-100560 | 03/01/2006 | 06/23/2006 | 358-0112208-2 | 01/24/2005 | 12/09/2005 |
| 4601-06-100560 | 03/01/2006 | 06/23/2006 | 358-0112236-3 | 01/24/2005 | 12/09/2005 |
| 4601-06-100560 | 03/01/2006 | 06/23/2006 | 358-0112344-5 | 01/31/2005 | 12/16/2005 |
| 4601-06-100560 | 03/01/2006 | 06/23/2006 | 358-0112468-2 | 02/07/2005 | 12/23/2005 |
| 4601-06-100560 | 03/01/2006 | 06/23/2006 | 358-0112507-7 | 02/10/2005 | 12/23/2005 |
| | | | | | |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113459-0 | 04/14/2005 | 02/24/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113386-5 | 04/08/2005 | 02/17/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113384-0 | 04/08/2005 | 02/17/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113307-1 | 04/04/2005 | 02/17/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113283-4 | 04/04/2005 | 02/17/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113080-4 | 03/28/2005 | 02/10/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113070-5 | 03/25/2005 | 02/03/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113018-4 | 03/21/2005 | 02/03/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0112967-3 | 03/17/2005 | 01/27/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0112934-3 | 03/14/2005 | 01/27/2006 |
| 4601-06-101095 | 05/01/2006 | 05/26/2006 | 358-0113460-8 | 04/14/2005 | 02/24/2006 |
| | | | | | |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113644-7 | 05/02/2005 | 03/17/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113690-0 | 05/04/2005 | 03/17/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113485-5 | 04/17/2005 | 03/03/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113692-6 | 05/04/2005 | 03/17/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113617-3 | 04/28/2005 | 03/10/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113694-2 | 05/04/2005 | 03/17/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113695-9 | 05/04/2005 | 03/17/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113751-0 | 05/09/2005 | 03/24/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113693-4 | 05/04/2005 | 03/17/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113799-9 | 05/16/2005 | 03/31/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113480-6 | 04/18/2005 | 03/03/2006 |
| 4601-06-101096 | 05/01/2006 | 05/26/2006 | 358-0113812-0 | 05/15/2005 | 03/31/2006 |

# SCHEDULES OF PROTESTS

Port of Entry: J.F.K. Int'l Airport, NY

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112361-9 | 01/31/2005 | 12/16/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112421-1 | 02/03/2005 | 12/16/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112220-7 | 01/24/2005 | 12/09/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112221-5 | 01/24/2005 | 12/09/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112232-2 | 01/24/2005 | 12/09/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112267-8 | 01/25/2005 | 12/09/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112331-2 | 01/31/2005 | 12/16/2005 |
| 4701-06-100141 | 03/01/2006 | 05/05/2006 | 358-0112276-9 | 01/28/2005 | 12/09/2005 |
| | | | | | |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112592-9 | 02/16/2005 | 12/30/2005 |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112587-9 | 02/17/2005 | 12/30/2005 |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112555-6 | 02/14/2005 | 12/30/2005 |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112552-3 | 02/14/2005 | 12/30/2005 |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112551-5 | 02/14/2005 | 12/30/2005 |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112509-3 | 02/10/2005 | 12/23/2005 |
| 4701-06-100142 | 03/01/2006 | 03/31/2006 | 358-0112452-6 | 02/07/2005 | 12/23/2005 |
| | | | | | |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112865-9 | 03/07/2005 | 01/20/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112907-9 | 03/12/2005 | 01/20/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112878-2 | 03/08/2005 | 01/20/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112664-6 | 02/22/2005 | 01/06/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112889-9 | 03/09/2005 | 01/20/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112662-0 | 02/21/2005 | 01/06/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112693-5 | 02/24/2005 | 01/06/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112474-0 | 02/07/2005 | 01/13/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112740-4 | 02/27/2005 | 01/13/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112762-8 | 02/28/2005 | 01/13/2006 |
| 4701-06-100143 | 03/01/2006 | 04/07/2006 | 358-0112831-1 | 03/06/2005 | 01/20/2006 |

Port Director,
U.S. Bureau of Customs & Border Protection
J.F.K. International Airport, Bldg.# 77
Jamaica, NY 11430

# SCHEDULES OF PROTESTS

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113696-7 | 05/03/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113678-5 | 05/03/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113638-9 | 05/02/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113637-1 | 05/02/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113599-3 | 04/25/2005 | 03/10/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113688-4 | 05/03/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113576-1 | 04/24/2005 | 03/10/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113581-1 | 04/25/2005 | 03/10/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113716-3 | 05/04/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113717-1 | 05/05/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113723-9 | 05/06/2005 | 03/17/2006 |
| 4701-06-100262 | 04/27/2006 | 06/23/2006 | 358-0113577-9 | 04/24/2005 | 03/10/2006 |
| | | | | | |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113735-3 | 05/09/2005 | 03/24/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113736-1 | 05/08/2005 | 03/24/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113780-9 | 05/12/2005 | 03/24/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113877-3 | 05/21/2005 | 03/31/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113832-8 | 05/18/2005 | 03/31/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113830-2 | 05/16/2005 | 03/31/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113806-2 | 05/17/2005 | 03/31/2006 |
| 4701-06-100263 | 04/27/2006 | 05/19/2006 | 358-0113803-9 | 05/16/2005 | 03/31/2006 |

# SCHEDULES OF PROTESTS

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113057-2 | 03/23/2005 | 02/03/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113075-4 | 03/28/2005 | 02/10/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113084-6 | 03/25/2005 | 02/03/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0112972-3 | 03/16/2005 | 01/27/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113096-0 | 03/28/2005 | 02/10/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113225-5 | 03/29/2005 | 02/10/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113257-8 | 03/30/2005 | 02/10/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113004-4 | 03/23/2005 | 02/03/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113106-7 | 03/26/2005 | 02/03/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113001-0 | 03/20/2005 | 02/03/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0113029-1 | 03/22/2005 | 02/03/2006 |
| 4701-06-100264 | 04/27/2006 | 06/23/2006 | 358-0112983-0 | 03/20/2005 | 02/03/2006 |
|  |  |  |  |  |  |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113473-1 | 04/14/2005 | 02/24/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113543-1 | 04/22/2005 | 03/03/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113544-9 | 04/22/2005 | 03/03/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113504-3 | 04/17/2005 | 03/03/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113315-4 | 04/05/2005 | 02/17/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113326-1 | 04/04/2005 | 02/17/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113339-4 | 04/05/2005 | 02/17/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113359-2 | 04/05/2005 | 02/17/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113453-3 | 04/13/2005 | 02/24/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113449-1 | 04/13/2005 | 02/24/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113420-2 | 04/10/2005 | 02/24/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113402-0 | 04/10/2005 | 02/24/2006 |
| 4701-06-100265 | 04/27/2006 | 06/23/2006 | 358-0113363-4 | 04/07/2005 | 02/17/2006 |

# SCHEDULES OF PROTESTS

| PRO. NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113941-7 | 05/31/2005 | 04/14/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113930-0 | 05/26/2005 | 04/07/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113872-4 | 05/23/2005 | 04/07/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113876-5 | 05/23/2005 | 04/07/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113988-8 | 06/01/2005 | 04/14/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113957-3 | 05/31/2005 | 04/14/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113917-7 | 05/25/2005 | 04/07/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113990-4 | 06/03/2005 | 04/14/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0114051-4 | 06/02/2005 | 04/14/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113977-1 | 05/31/2005 | 04/14/2006 |
| 4701-06-100397 | 06/20/2006 | 06/30/2006 | 358-0113982-1 | 05/31/2005 | 04/14/2006 |
|  |  |  |  |  |  |
| 4701-06-100398 | 06/20/2006 | 06/30/2006 | 358-0114104-1 | 06/09/2005 | 04/21/2006 |
| 4701-06-100398 | 06/20/2006 | 06/30/2006 | 358-0114071-2 | 06/06/2005 | 04/21/2006 |
| 4701-06-100398 | 06/20/2006 | 06/30/2006 | 358-0114216-3 | 06/16/2005 | 04/28/2006 |
| 4701-06-100398 | 06/20/2006 | 06/30/2006 | 358-0114062-1 | 06/06/2005 | 04/21/2006 |
| 4701-06-100398 | 06/20/2006 | 06/30/2006 | 358-0114161-1 | 06/12/2005 | 04/28/2006 |

RECEIVED & FILED
2006 SEP -5 P 2:35
U S COURT OF
INTERNATIONAL TRADE

9/1/06